308 F.2d 806
 NATIONAL LABOR RELATIONS BOARD
v.
INTERNATIONAL HOD CARRIERS' BUILDING AND COMMON LABORERS' UNION OF AMERICA, Local 840, AFL-CIO.
 No. 17127.
 United States Court of Appeals Eighth Circuit.
 October 3, 1962.
 
 Petition to enforce order of National Labor Relations Board.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., for petitioner.
 Harold Gruenberg, St. Louis. Mo., for respondent.
 PER CURIAM.
 
 
 1
 Petition for enforcement of order of National Labor Relations Board withdrawn without prejudice on motion of petitioner, etc.